# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-3689-BRO (SP) | Date | August 31, 2017 |
|---|---|---|---|
| Title | CASSIE CARMICHAEL v. LOS ANGELES COUNTY DCFS, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 16, 2017, plaintiff Cassie Carmichael, proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. Her complaint alleged that her civil rights were violated when her children were removed from her custody based on falsified reports. On July 6, 2017, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by August 7, 2017. Three weeks having passed beyond this deadline, this court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **September 21, 2017**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by September 21, 2017.

If plaintiff files a First Amended Complaint by **September 21, 2017**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.