JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**CIVIL MINUTES -- GENERAL**

Case No.   LA CV 17-03689-VBF-SP           Dated:  Mon. October 16, 2017

Title:   *Cassie Carmichael, Plaintiff v. Los Angeles County DCFS et al., Defendants*

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Cheryl Wynn | N/A |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

Attorney Present for Petitioner: N/A          Attorney Present for Respondent: n/a

**Proceedings (in chambers):  ORDER**   **Dismissing the Action Without Prejudice for Prolonged Lack of Prosecution and Failure to Comply With Court Orders;**

**Terminating the Case (JS-6)**

     Proceeding pro se, Cassie Carmichael ("plaintiff") filed te 42 U.S.C. section 1983 civil-rights complaint on May 16, 2017.  On July 6, 2017, the Court issued an Order dismissing the complaint and granting plaintiff leave to file a First Amended Complaint ("FAC") by August 7, 2017.  *See* CM/ECF Document ("Doc") 6.  Plaintiff failed to file either an FAC or a request to extend that deadline.  On August 31, 2017, the Magistrate Judge issued

CIVIL MINUTES - GENERAL               -1-              Initials of Deputy Clerk ___cw___

an Order (Doc 7) stating as follows:

> * * * Three weeks having passed beyond this deadline, this court has not received a First Amended Complaint or any other communication from plaintiff.
>
> Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **September 21, 2017**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.
>
> Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.
>
> In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by September 21, 2017.
>
> If plaintiff files a First Amended Complaint by **September 21, 2017**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.

Doc 7 at 1 (italics added, boldface in original) (some paragraph breaks added). The September 21, 2017 Show-Cause deadline elapsed over three weeks ago, and the Court has not received a First Amended Complaint, a motion to extend the show-cause deadline, or any other communication from the plaintiff. Accordingly, as the Court warned it would do, the Court will dismiss the action without prejudice for lack of prosecution.

## ORDER

**This action is DISMISSED without prejudice for prolonged lack of prosecution and prolonged failure to comply with court orders.**

If plaintiff moves to reinstate this case, the reinstatement motion must allege facts providing a justification or excuse for plaintiff's failure to prosecute this case with reasonable diligence and dispatch and failure to comply with court orders.

This case is **TERMINATED** and closed (JS-6).

IT IS SO ORDERED.